(89 South. 923)

Ex parte McNEILL. MOTOR SALES v. McNEILL. (4 Div. 928.) (Supreme Court of Alabama. June 9, 1921.) Certiorari to Court of Appeals. Lee & Tompkins of Dothan, for petitioner. Chapman & Lewis, of Dothan, opposed.

GARDNER, J. Petition of J. B. McNeill for certiorari to Court of Appeals to review and revise the judgment and opinion of said court, rendered on the appeal of Motor Sales Company v. A. B. McNeill, 89 South. 89. Writ denied.

---

(89 South. 923)

MIXON v. BOGAR. (4 Div. 886.) (Supreme Court of Alabama. June 7, 1921.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Farmer, Merrill & Farmer, of Dothan, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(89 South. 923)

MONTANO v. AMERICAN TRUST & SAVING BANK. (6 Div. 468.) (Supreme Court of Alabama. June 2, 1921.) Certiorari to Court of Appeals. C. C. Nesmith, of Birmingham, for appellant. Ritter & Wynn, of Birmingham, for appellee.

ANDERSON, C. J. Petition of Annie Montano for certiorari to the Court of Appeals, in her representative capacity, to review and revise the judgment of said court rendered on the appeal of American Trust & Saving Bank v. John H. Montano, 89 South. 899. Writ denied.

---

(89 South. 924)

NEUBERGER v. PREFERRED ACC. INS. CO. (1 Div. 187.) (Supreme Court of Alabama. May 19, 1921.) Certiorari to Court of Appeals. Mell A. Frazer and Harry T. Smith & Caffey, all of Mobile, for appellant. Stevens, McCorvey & McLeod, of Mobile, for appellee.

SOMERVILLE, J. Petition of Samuel G. Neuberger for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Samuel G. Neuberger v. Preferred Accident Insurance Co., 89 South. 90. Writ denied.

---

(90 South. 925)

PARRIS v. STATE. (6 Div. 514.) (Supreme Court of Alabama. Oct. 21, 1921.) Certiorari to Court of Appeals. Burgin & Jenkins, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Application of J. R. Parris for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of J. R. Parris v. State. 90 South. 808. Writ denied.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

---

(89 South. 924)

Ex parte PATTON. (6 Div. 401.) (Supreme Court of Alabama. April 21, 1921. Rehearing Denied May 12, 1921.) Foster, Verner & Rice and Harwood, McKinley, McQueen & Aldridge, all of Tuscaloosa, A. H. Carmichael, of Tuscumbia, E. B. Fite, of Hamilton, and L. D. Gray, of Jasper, for appellant. Harwell G. Davis, Atty. Gen., Horace C. Wilkinson, of Birmingham, and J. M. Pennington and W. C. Davis, both of Jasper, for appellee.

MILLER, J. The facts in this case are practically the same as in Ex parte Robert J. Lancaster, 89 South. 721.[1] The questions of law in each are identical. Under the law and rulings of this court in that case, the writ of prohibition prayed for in this should issue. The petition for writ of prohibition is granted.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

(89 South. 924)

PEARSON et al. v. ABERNANT COAL CO. et al. (6 Div. 428–450.) (Supreme Court of Alabama. April 19, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Frank S. White & Son, of Birmingham, for appellants. H. A. & D. K. Jones, of Tuscaloosa, for appellees.

PER CURIAM. Each of these cases are separately and severally affirmed on certificate.

---

(90 South. 925)

PIXLEY v. STATE. (8 Div. 351.) (Supreme Court of Alabama. May 12, 1921.) Certiorari to Court of Appeals. S. A. Lynne, of Decatur, and Tennis Tidwell, of Albany, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAYRE, J. Petition of D. M. Pixley for certiorari to Court of Appeals to review and revise the judgment of the said court rendered on the appeal of D. M. Pixley v. State of Alabama, 90 South. 65. Writ denied.

---

(90 South. 925)

Ex parte PRYOR. (3 Div. 533.) (Supreme Court of Alabama. Oct. 20, 1921.) Original Petition in Supreme Court. Brassell, Brassell & Brassell, of Montgomery, for petitioner. Harwell G. Davis, Atty. Gen., for appellee.

PER CURIAM. Petition for writ of prohibition to be directed to Hon. Walter B. Jones, Judge of the Circuit Court, and Hon. J. Lee Holloway, Judge of the Juvenile Court. Petition dismissed by petitioner.

---

[1] Ante, p. 60.